Elijah B. Van Camp (SBN 252289)
(evc@dewittllp.com)
DeWitt LLP
25 W. Main Street, Suite 800
Madison, WI 53703
Telephone: (608) 252-9275
Facsimile: (608) 252-9243

Attorney for Plaintiff
TRUTH HARDWARE CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUTH HARDWARE CORP.<br>700 West Bridge Street<br>Owatonna, MN 55061<br><br>           Plaintiff,<br><br>           v.<br><br>CUSTOM HARDWARE, INC.<br>82 Industrial Way<br>Buellton, California 93427<br><br>           Defendant. | Case No. 2:25-cv-5317<br><br>**PLAINTIFF TRUTH HARDWARE CORP.'S COMPLAINT TO DEFENDANT CUSTOM HARDWARE, INC.**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Truth Hardware Corp., by and through their counsel, DeWitt LLP, alleges and complains against Defendant, Custom Hardware, Inc. ("Custom Hardware" or "Defendant") as follows:

COMPLAINT - 1

## NATURE OF THE ACTION

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271, *et seq*, based on Defendant's infringement of United States Patent No. 9,482,035 ("'035 Patent").

## PARTIES

2. Truth Hardware Corp. ("Truth Hardware" or "Plaintiff") is a Delaware corporation, having a principal place of business at 700 West Bridge Street, Owatonna, MN 55060. Truth Hardware makes and sells window and door hardware, seals, and extrusions for use in the window and door industry.

3. On information and belief, Custom Hardware is a California corporation, having its principal place of business at 82 Industrial Way, Buellton, California 93427. Upon information and belief, Custom Hardware makes, sells, and offers for sale hardware and components for the window and door industry, including at least the sliding door handle assembly described herein.

## JURISDICTION AND VENUE

4. This is an action for patent infringement under the United States Patent Act, specifically 35 U.S.C. § 271. This Court has subject matter jurisdiction under 28 U.S.C §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Custom Hardware because Custom Hardware is a California corporation that resides in California and this

COMPLAINT - 2

District, and further because Custom Hardware has done, and currently does business in this District, including selling, offering to sell, distributing and/or importing products that infringe the '035 Patent.

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(1)-(2) and 1400(b) because Custom Hardware is a California corporation that resides in this District, and has committed acts of infringement in this District.

## GENERAL ALLEGATIONS

7. Truth Hardware is an innovative window and door hardware manufacturer known for its quality engineering solutions. Truth Hardware's engineering innovations have led to the issuance of numerous patents by the United States Patent and Trademark Office.

8. Truth Hardware owns a valid and enforceable patent, the '035 Patent, entitled "Recessed Lock Actuating Device for Sliding Doors." The '035 Patent issued on November 1, 2016. A copy of the '035 Patent is attached as **Exhibit A**.

9. Claim 13 of the '035 Patent recites the elements for one of the embodiments described in the specification, as follows:

13. A lock actuator assembly comprising:

an interior lock actuator assembly, including:

COMPLAINT - 3

an interior escutcheon presenting a substantially planar outer surface and including a first handle portion recessed relative to the outer surface and a control;

at least one rotatable drive disk; and

a vertically slidable arm operably couple with the at least one drive disk so as to rotate the at least one drive disk when the arm is shifted vertically with the control;

an exterior lock actuator assembly comprising an exterior escutcheon presenting a substantially planar outer surface and including a second handle portion recessed relative to the outer surface; and

wherein the at least one rotatable drive disk is adapted to couple with a lock assembly so as to shift the lock assembly between a locked position and an unlocked position when the at least one rotatable drive disk rotates, the lock actuator assembly further comprising second rotatable drive disk operably coupled to the arm such that rotation of the second drive disk vertically shifts the arm.

10.  At all times relevant to this action, Truth Hardware is and has been making and selling sliding door assemblies utilizing the subject matter of the '035 Patent.

COMPLAINT - 4

## Custom Hardware's Infringing Activities

11. Upon information and belief, Custom Hardware is a manufacturing and design company specializing in hardware for the door and window industry. Therefore, Custom Hardware is a direct competitor to Truth Hardware.

12. A claim chart depicting Custom Hardware's infringement of claim 13 is attached as **Exhibit B** and is made a part hereof. The pictures in Exhibit B depict various angles of a single, representative sliding door handle assembly, made, used, sold, offered for sale and/or imported by Custom Hardware ("Custom Hardware Assembly").

13. The Custom Hardware Assembly is a lock actuator assembly for a sliding door. (*See* Exhibit B, p. 1.)

14. The Custom Hardware Assembly is comprised of an interior lock actuator assembly including an interior escutcheon presenting a substantially planar outer surface and includes a first handle portion that is recessed relative to the outer surface. (*See* Exhibit B, p. 2.)

15. The Custom Hardware Assembly interior lock actuator assembly further has a control in the form of a sliding lever. (*See* Exhibit B, p. 2.)

16. The Custom Hardware Assembly has at least one rotatable drive disk. (*See* Exhibit B, p. 3.)

17. The Custom Hardware Assembly also has a vertically slidable arm operably coupled with at least one drive disk so that, when the arm is shifted vertically with the control, the at least one drive disk is rotated. (*See* Exhibit B, p. 3.)

18. The Custom Hardware Assembly has an exterior lock actuator assembly comprising an exterior escutcheon presenting a substantially planar outer surface and including a second handle portion recessed relative to the outer surface. (*See* Exhibit B, p. 4.)

19. The Custom Hardware Assembly is further constructed such that at least one rotatable drive disk is adapted to couple with a lock assembly so as to shift the lock assembly between a locked position and an unlocked position when at least one rotatable drive disk rotates. (*See* Exhibit B, p. 5.)

20. The Custom Hardware Assembly is constructed such that the lock actuator assembly further comprises a second rotatable drive disk operably coupled to the arm such that rotation of the second disk drive vertically shifts the arm. (*See* Exhibit B, p. 6.)

21. Thus, Custom Hardware makes, uses, sells, and offers for sale, a sliding door handle assembly that utilizes the recessed lock actuating device as claimed by the '035 Patent. The sliding door handle assembly sold by Custom Hardware satisfies every element of, and, therefore, infringes Claim 13 of the '035 Patent.

COMPLAINT - 6

22. At no time has Truth Hardware given Custom Hardware permission, license, or authorization to use Truth Hardware's patented sliding door handle assembly technology, including the inventions claimed in the '035 Patent.

23. Counsel for Truth Hardware delivered a cease-and-desist letter to Custom Hardware on or about October 25, 2023, informing Custom Hardware of Custom Hardware's infringement of the '035 Patent.

24. Since receipt of the October 2023 letter, Custom Hardware has refused to cease making, using, selling and offering to sell the Custom Hardware Assembly.

25. Custom Hardware's use, sale, offer for sale, importation, and/or manufacture of the Custom Hardware Assembly since receipt of the October 2023 letter demonstrates a deliberate and conscious decision to infringe the '035 Patent, or at the very least a reckless disregard of Truth Hardware's patent rights and therefore constitutes willful infringement.

26. Despite knowledge of Truth Hardware's patent rights, Custom Hardware will likely continue to willfully and deliberately engage in acts of infringement of the '035 Patent unless enjoined by this Court.

27. Truth Hardware has lost and continues to lose market share and goodwill as a result of Custom Hardware's infringement.

28. Custom Hardware's continued making, using, importing, selling, offering for sale, and distribution of the infringing Custom Hardware Assembly has

injured, is injuring, and will continue to cause irreparable injury to Truth Hardware's valuable patent rights, goodwill, reputation, and market share if not preliminarily and permanently enjoined.

## FIRST CAUSE OF ACTION

### (Patent Infringement under 35 U.S.C. § 271)

29. Truth Hardware re-alleges and incorporates the preceding paragraphs of this Complaint.

30. As described in paragraphs 11-20 and as depicted and described in Exhibit B to this Complaint, the infringing Custom Hardware Assembly contains each and every one of the limitations of Claim 13 of the '035 Patent, which constitutes infringement.

31. Custom Hardware's actions as described above, and specifically Custom Hardware's unauthorized manufacture, use, importation, offers to sell, and sales of the infringing Custom Hardware Assembly constitutes infringement of the '035 Patent under 35 U.S.C. § 271.

32. Custom Hardware's above-described continued infringing conduct has injured is injuring and will cause irreparable injury to Truth Hardware if not preliminarily and permanently enjoined.

33. Custom Hardware's above-described continued infringing conduct demonstrates deliberate, conscious, and willful infringement and/or reckless disregard of Truth Hardware's patent rights.

34. Truth Hardware is entitled to an injunction prohibiting Custom Hardware from further making, using, selling, offering to sell, or importing the infringing Custom Hardware Assembly without permission or license from Truth Hardware under 35 U.S.C. § 283.

35. Truth Hardware is entitled to recover all damages caused by Custom Hardware's infringement of the '035 Patent under 35 U.S.C. § 284.

36. If Custom Hardware has continued to manufacture, use, offer to sell, and/or sell the infringing Custom Hardware Assembly following its knowledge of the '035 Patent, Truth Hardware will be entitled to treble damages and attorneys' fees and costs incurred in this action, along with prejudgment interest under 35 U.S.C. §§ 284 and 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that:

a. the Court preliminarily and permanently enjoins Custom Hardware, its officers, directors, principals, agents, servants, employees, successors and assigns, and all others aiding, abetting, or acting in concert or active participation therewith, from making, using, importing, selling, and/or offering to sell the infringing Custom

Hardware Assembly and any other sliding door handle assembly products that practice the inventions claimed in the '035 Patent;

  b. the Court enters judgment against Custom Hardware for infringement of the '035 Patent under 35 U.S.C. § 271;

  c. the Court orders that Custom Hardware account to Truth Hardware for all sales, revenues, and profits derived from the sale of the infringing Custom Hardware Assembly, and that Custom Hardware pay to Truth Hardware all compensatory damages to which Truth Hardware is entitled by law, including, and without limitation, lost profits, reasonable royalties, price erosion damages, and convoyed sales damages;

  d. the Court awards Truth Hardware, against Custom Hardware, treble damages under 35 U.S.C. § 284;

  e. the Court declares this case to be exceptional and award Truth Hardware, against Custom Hardware, the costs and reasonable attorneys' fees and expenses incurred in this action pursuant to 35 U.S.C. § 285 and the equity powers of the Court;

  f. the Court awards Truth Hardware prejudgment interest against Custom Hardware on all sums allowed by law; and

  g. the Court awards Truth Hardware such other and further relief as the Court may deem just and proper.

# JURY DEMAND

Truth Hardware demands that all claims or causes of action raised in this Complaint be tried by jury to the fullest extent possible under the United States Constitution.

Dated: June 12, 2025                    Respectfully submitted,

By: */s/ Elijah B. Van Camp*

Elijah B. Van Camp (#1100259)
25 W. Main Street, Suite 800
Madison, WI 53703
ph. (608) 255-8891
fax (608) 252-9243
evc@dewittllp.com

COMPLAINT - 11